IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 07-0514
 ((((((((((((((((

 In re Jennifer Rocha, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is ABATED, pursuant to Texas Rules of Appellate
Procedure 7.2(b), for thirty days to allow the successor judge to
reconsider the court's "Temporary Orders for Possession and Access," signed
April 18, 2007.
 2. The case shall be abated, and removed from the Court's active
docket, for thirty days, or until further order of the Court. The parties
may in the interim, however, file briefing on the merits in this Court.
 3. The parties are directed to notify this Court immediately of
any change in status of the case, to notify this Court immediately when the
successor judge has ruled, and to file a status report or other appropriate
motion by November 12, 2007.

 Done at the City of Austin, this 10th day of October, 2007.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk